**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-7342**

———————

TROY L. BURRELL,

             Plaintiff - Appellant,

     v.

LIEUTENANT ANDERSON, a Lieutenant Officer - Middle Peninsula
Regional Security Jail; LIEUTENANT WILLIAMS, Lieutenant
Officer - Middle Peninsula Regional Jail,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Henry E. Hudson, District
Judge. (3:15-cv-00710-HEH-RCY)

———————

Submitted: February 23, 2017       Decided: February 28, 2017

———————

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit
Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Troy Lamont Burrell, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troy L. Burrell appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we deny Burrell's motion for appointment of counsel and affirm for the reasons stated by the district court. Burrell v. Anderson, No. 3:15-cv-00710-HEH-RCY (E.D. Va. Sept. 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED